IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC MITCHELL, | ) | |
| | ) | Civil Action No. 06 - 409 |
| Plaintiff, | ) | |
| | ) | Judge Terrence F. McVerry / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| DR. STANLEY FALOR, *Medical Director*; DIANE MANSON, HCA; JOHN MCANANY, RNS; SHIRLEY HICKMAN, *Physician Assistant*; NANCY ZEIGLER, *Physician's Assistant*; LOUIS FOLINO, *Superintendant*; DIANE THOMAS, *Administrative Officer*; DAN DAVIS, *Acting Grievance Coordinator;* SHARON BURKS, *Chief Hearing Director;* JEFFREY BEARD, *Secretary of Corrections*; BRANDA MARTIN, *Capital Case Unit Manager,* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## ORDER

Plaintiff has filed a Motion Requesting Copy of Original Complaint and attached Exhibits (Doc. No. 7) on June 26, 2006. To facilitate Plaintiff's ability to provide the Court with the sufficient copies to effectuate proper service,

**IT IS ORDERED** this 13th day of July, 2006, that Plaintiff's Motion Requesting Copy of Original Complaint and attached Exhibits (Doc. No. 7) is **GRANTED**. Enclosed with this Order is a copy of Plaintiff's original complaint as docketed with this court. Also enclosed are the Notice of Lawsuit and Waiver of Service and a "Process Receipt and Return" form (USM-285). Plaintiff is ordered to provide the Court with a true and correct copy of his complaint, along with completed service forms for **each named Defendant** so that proper service might be effectuated. He is ordered to provide these no later than August 22, 2006.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Process and Serve Complaint (Doc. No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may, instead of providing copies of his complaint for service, file an amended complaint no later than August 22, 2006. Plaintiff would have to provide service copies of his amended complaint to the Court for each named Defendant. The ability to amend the complaint, however, would give Plaintiff the opportunity to determine what exhibits are essential at this time and, possibly, reduce the financial burden associated with service of process.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_7-13-06_
Date

_Lisa Pupo Lenihan_, U.S. Magistrate Judge

cc:   Isaac Mitchell
      EG-7580
      175 Progress Drive
      SCI Greene
      Waynesburg, PA  15370