IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC MITCHELL, | ) | |
| | ) | Civil Action No. 06 - 409 |
| Plaintiff, | ) | |
| | ) | Judge Terrence F. McVerry / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| DR. STANLEY FALOR, *Medical Director*; | ) | |
| DIANE MANSON, HCA;  JOHN | ) | |
| MCANANY, RNS; SHIRLEY HICKMAN, | ) | |
| *Physician Assistant*; NANCY ZEIGLER, | ) | |
| *Physician's Assistant*; LOUIS FOLINO, | ) | |
| *Superintendant*; DIANE THOMAS, | ) | |
| *Administrative Officer*; DAN DAVIS, *Acting* | ) | |
| *Grievance Coordinator;*  SHARON BURKS, | ) | |
| *Chief Hearing Director*; JEFFREY BEARD, | ) | |
| *Secretary of Corrections*; BRANDA MARTIN, | ) | |
| *Capital Case Unit Manager,* | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Plaintiff instituted this action with the filing of a Motion to Proceed in forma pauperis ("IFP") on January 12, 2006.  Because the initial complaint and motion was voluminous, named scores of defendants and was filed with three other plaintiffs, some time elapsed until the case could be reviewed and a determination made that there were no common issues and the four plaintiffs cases should be filed separately. His IFP Motion was granted on June 5, 2006. Plaintiff then requested that the Court return to him a copy of his original complaint. This was done on July 13, 2006 together with a copy of the Notice of Lawsuit and Waiver of Service and a "Process Receipt and Return" form (USM-285). On that date, the Court ordered that  Plaintiff was to provide the Court with a true and correct copy of his complaint, along with  completed

service forms, for **each named Defendant** so that proper service might be effectuated. He is ordered to provide these no later than August 22, 2006. On August 1, 2006 Plaintiff filed an Amended Complaint naming eleven defendants. He has not provided eleven service copies, nor has he provided eleven service forms, per the Court order of July 13. Therefore,

**IT IS ORDERED** this 5th day of October, 2006, that no later than October 30, 2006, Plaintiff shall either provide the Court with eleven copies of the complaint and eleven completed service forms, or show cause why this Court should not issue a report and recommendation dismissing this case for failure to prosecute pursuant to F.R.C.P. 4(m).

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc:  Isaac Mitchell
     EG-7580
     175 Progress Drive
     SCI Greene
     Waynesburg, PA  15370